**Order entered May 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01555-CR
No. 05-13-01556-CR
No. 05-13-01557-CR

**THOMAS COREA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-00737-Y, F13-00406-Y, F13-00407-Y**

## ORDER

On April 2, 2014, this Court ordered court reporters Sharon Hazlewood and Lisabeth Kellett to coordinate with all other court reporters who recorded proceedings in these cases and to file the complete reporter's record within forty-five days. To date, the reporter's record has not been filed, nor have we received communication from any court reporter regarding the status of the record.

Accordingly, we **ORDER** Sharon Hazlewood, official court reporter of the Criminal District Court No. 7, and court reporter Lisabeth Kellett to coordinate with all other court reporters who recorded proceedings in this case and to file the complete reporter's record, including all exhibits, within **FIFTEEN DAYS** of the date of this order. If the complete

reporter's record is not filed within the time specified, the Court will order that court reporters Sharon Hazlewood and Lisabeth Kellett not sit as court reporters until the complete record is filed in these appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; the Honorable Teresa Hawthorne, Presiding Judge, 203rd Judicial District Court; Sharon Hazlewood, official court reporter, Criminal District Court No. 7; Lisabeth Kellett, official court reporter, 203rd Judicial District Court; and to counsel for all parties.

/s/ DAVID EVANS
JUSTICE